UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

CASE NO. _____

THOMAS ADAMS
ADAM ALLNUTT,
FRANKIE ANDERSON,
STEVEN ATWOOD,
CHARLES COOK.
JOHN HESKA, and
RON STEWART,                                                    PLAINTIFFS,

vs.

NATURE'S EXPRESSIONS LANDSCAPING, INC.,           DEFENDANT.

### NOTICE OF REMOVAL
### (Jessamine Circuit Court Action No. 16-CI-00184)

Defendant, Nature's Expressions Landscaping, Inc. ("Nature's Expressions"), by counsel submit this notice of removal of this cause from the Jessamine Circuit Court, Nicholasville, Jessamine County, Kentucky, in which it is now pending, to the United States District Court for the Eastern District of Kentucky. In support of the Notice of Removal, Nature's Expressions respectfully states as follows:

1. On or about March 8, 2016, a civil action was commenced against Nature's Expressions by the filing of a complaint in the Jessamine Circuit Court, Nicholasville, Jessamine County, Kentucky, styled *Thomas Adams, et al., v. Nature's Expressions Landscaping, Inc.*, Jessamine Circuit Court, Civil Action No. 16-CI-00184.

2. On or about March 10, 2016, the complaint was first received by Nature's Expressions via service by certified mail.

1

3. The activities about which the plaintiffs complain allegedly occurred in the Eastern District of Kentucky and Jessamine County and the Jessamine Circuit Court are located in the Eastern District of Kentucky.

4. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331 and principles of supplemental jurisdiction and the action therefore is one which may be removed to this Court by Nature's Expressions pursuant to 28 U.S.C. §§ 1441(c) and 1446.

5. The complaint in this action purports to assert claims against Nature's Expressions by the plaintiffs for alleged violations of the Federal Fair Labor Standards Act of 1938 (FLSA), 29 U.S.C. § 201 *et seq.*, and the collective action provision of the FLSA, by Nature's Expressions for allegedly failing to pay wages for time worked in excess of forty (40) hours during a week. The plaintiffs allege that their purported actions are brought pursuant to 29 U.S.C. § 207(a), 29 U.S.C. § 215(a)(3) and KRS 337.285. Further, according to the allegations in the complaint, this Court has jurisdiction under 29 U.S.C. § 216(b).

6. This Court has federal question jurisdiction under 28 U.S.C. § 1331.

7. Copies of all process, pleadings, served upon Nature's Expressions as of this date of this Notice of Removal are attached hereto and identified as the "Summons and Complaint", a copy of which is attached as **Exhibit A**.

8. On March 28, 2016, Nature's Expressions filed a motion to extend time for it to respond to the Summons and Complaint, a copy of which is attached as **Exhibit B**.

WHEREFORE, defendant, Nature's Expressions requests this Court to accept this Notice of Removal, assume jurisdiction of this action, and grant this defendant all other relief to which it is entitled and that is proper.

Respectfully submitted,

/s/ Stanton L. Cave
_____
Stanton L. Cave, Esq.
LAW OFFICE OF STAN CAVE
P.O. Box 910457
Lexington, KY 40591-0457
Telephone: (859) 309-3000
Facsimile: (859) 309-3001
Email: stan.cave@stancavelaw.com

Robert Roark, Esq.
John Bishop, Esq.
ROARK LAW OFFICE
163 East Main Street, Ste. 210
Lexington, KY 40507
Telephone: (859) 410-8406
Telephone: (859) 685-1225
Facsimile: (859) 410-8407
Email: rob@robertroarklaw.com
Email: john@robertroarklaw.com

*Counsel for Defendant, Nature's Expressions Landscaping, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served by depositing same in the United States Mail, first class, postage prepaid, addressed to the following on this the 30th day of March, 2016:

Jeremiah W. Reece, Esq.
Abney & McCarty, PLLC
2950 Breckenridge Lane, Suite 13
Louisville, KY 40220

/s/ Stanton L. Cave
_____
Stanton L. Cave, Esq.